Signed and Filed: August 20, 2014

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                          ) Case No. 13-30111 HLB
                                                )
BURFORD KYLE STIRLING, III,                     ) Chapter 11
                                                )
         Debtor.                                )
_____)

**TENTATIVE RULING DENYING MOTION TO DISMISS CASE**

This case is before the Court on Creditors' Motion to Dismiss Chapter 11 Case ("Motion") filed by creditors Patrick Barkhordarian and Longview International, Inc. ("Creditors"). Creditors contend the case should be dismissed pursuant to 11 U.S.C. § 1112(b)(1) because Debtor filed his monthly operating reports for May and June, 2014 one and four days late, respectively. Debtor asserts that he substantially complied with this Court's prior orders and his reporting requirements under the Bankruptcy Code and that filing these reports a few days late does not justify the harsh punishment of dismissal.

The Court is inclined to agree with Debtor and to deny the Motion. Although the Court expects Debtor to file his monthly operating reports on time, delays of one and four days in the filing of two monthly operating reports does not justify dismissal.

TENTATIVE RULING DENYING MOTION
TO DISMISS CASE                     - 1 -

1 	The Court invites the parties to e-mail Courtroom Deputy
2 Benjamin Gapuz (benjamin_gapuz@canb.uscourts.gov) to indicate
3 whether they accept the tentative ruling.  If both parties accept
4 this tentative ruling, the Court will vacate the August 21, 2014
5 hearing on the Motion; and issue an order consistent with this
6 tentative ruling.

**\*\*END OF ORDER\*\***

TENTATIVE RULING DENYING MOTION
TO DISMISS CASE                      - 2 -

**Court Service List**

[None]